STATE OF MAINE                          UNIFIED CRIMINAL DOCKET

CUMBERLAND, SS.                         DOCKET NO. CUMCD-CR-10-3870

09 NOV 23 P 4: 38

STATE OF MAINE

VS.                                     ORDER

MARLOW BICKHAM

After oral argument on November 23, 2010, defendant's motion to dismiss count 2 of the indictment on double jeopardy grounds is denied. *State v. Labbe*, 2009 ME 94, ¶ 6 ("two charges that are considered the same offense for purposes of double jeopardy may be prosecuted in the same proceeding, but not in successive, temporally separate proceedings. *Johnson*, 467 U.S. at 500-01 (citing *Brown v. Ohio*, 432 U.S. 161 (1977)); *United States v. Henry*, 519 F.3d 68, 73 (1st Cir. 2008) (citing *United States v. Dixon*, 509 U.S. 688 (1993).").

The court will await a response no later than November 30, 2010 from the state before ruling on defendant's motion to dismiss count 1 of the indictment.

Dated:    11/23/10

_____
Judge, Unified Criminal Docket

STATE OF MAINE
 vs
MARLOW BICKHAM
  COLEMAN STREET
NEW LONDON CT 06320

Docket No  CUMCD-CR-2010-03870

**DOCKET RECORD**

DOB: 03/22/1978
Attorney: JOHN DEGRINNEY
         DEGRINNEY LAW OFFICES
         1266 CONGRESS STREET
         PORTLAND ME 04102
         APPOINTED 08/11/2010

State's Attorney: LEA-ANNE SUTTON

Filing Document: INDICTMENT
Filing Date: 06/11/2010

Major Case Type: FELONY (CLASS A,B,C)

## Charge(s)

1   AGGRAVATED TRAFFICKING OF SCHEDULED DRUGS   04/15/2010 PORTLAND
Seq 8555   17-A  1105-A(1)(B)(1)        Class A


2   UNLAWFUL TRAFFICKING IN SCHEDULED DRUGS     04/15/2010 PORTLAND
Seq 8541   17-A  1103(1-A)(A)           Class B


## Docket Events:

11/2010 FILING DOCUMENT -  INDICTMENT FILED ON 06/11/2010

06/11/2010 BAIL BOND - $25,000.00 CASH BAIL BOND SET BY COURT ON 06/11/2010
         THOMAS D WARREN , JUSTICE
         OR $50,000SS WITH CONDITIONS
06/11/2010 Charge(s): 1,2
         WARRANT -  ON COMP/INDICTMENT REQUESTED ON 06/11/2010

06/11/2010 Charge(s): 1,2
         WARRANT -  ON COMP/INDICTMENT ORDERED ON 06/11/2010
         THOMAS D WARREN , JUSTICE
06/11/2010 Charge(s): 1,2
         WARRANT -  ON COMP/INDICTMENT ISSUED ON 06/11/2010
         JAMES  TURCOTTE , ASSISTANT CLERK
         CERTIFIED COPY TO WARRANT REPOSITORY
08/13/2010 Charge(s): 1,2
         WARRANT -  ON COMP/INDICTMENT EXECUTED ON 08/11/2010

08/13/2010 Charge(s): 1,2
         HEARING -  ARRAIGNMENT HELD ON 08/11/2010 @ 1:00 in Room No.  1
         ROLAND A COLE , JUSTICE
         DA:  MATTHEW TICE
         DEFENDANT INFORMED OF CHARGES.  21 DAYS TO FILE MOTIONS          TAPE 2086
08/13/2010 Charge(s): 1,2
         PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 08/11/2010

08/13/2010 Charge(s): 1,2

HEARING -  DISPOSITIONAL CONFERENCE SCHEDULED FOR 11/10/2010 @ 8:30 in Room No.  7

08/13/2010 Charge(s): 1,2
          TRIAL -  JURY TRIAL SCHEDULED FOR 12/13/2010 @ 8:30 in Room No.  11

          NOTICE TO PARTIES/COUNSEL
08/13/2010 BAIL BOND - $10,000.00 CASH BAIL BOND SET BY COURT ON 08/11/2010 @ 1:00 in Room No.  1
          ROLAND A COLE , JUSTICE
          $20,000 S/S OR $10,000 CASH W/CONDS
08/16/2010 Charge(s): 1,2
          MOTION -  MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 08/11/2010

08/16/2010 Charge(s): 1,2
          MOTION -  MOTION FOR APPOINTMENT OF CNSL GRANTED ON 08/11/2010
          ROLAND A COLE , JUSTICE
          Attorney:  JOHN DEGRINNEY
          COPY TO PARTIES/COUNSEL
08/16/2010 Party(s):  MARLOW BICKHAM
          ATTORNEY -  APPOINTED ORDERED ON 08/11/2010

          Attorney:  JOHN DEGRINNEY
08/23/2010 Charge(s): 1,2
          WARRANT -  ON COMP/INDICTMENT RETURNED ON 08/12/2010

09/23/2010 MOTION -  MOTION TO AMEND BAIL FILED BY DEFENDANT ON 09/23/2010

  23/2010 HEARING -  MOTION TO AMEND BAIL SCHEDULED FOR 09/27/2010 @ 8:30 in Room No.  1

          NOTICE  TO PARTIES/COUNSEL
09/23/2010 HEARING -  MOTION TO AMEND BAIL NOTICE SENT ON 09/23/2010

09/27/2010 HEARING -  MOTION TO AMEND BAIL NOT HELD ON 09/27/2010

09/27/2010 MOTION -  MOTION TO AMEND BAIL WITHDRAWN ON 09/27/2010

          Attorney:  JOHN DEGRINNEY
10/22/2010 Charge(s): 1,2
          HEARING -  DISPOSITIONAL CONFERENCE NOTICE SENT ON 10/22/2010

11/02/2010 MOTION -  MOTION FOR FURTHER DISCOVERY FILED BY DEFENDANT ON 10/29/2010

11/02/2010 MOTION -  MOTION TO DISMISS FILED BY DEFENDANT ON 10/29/2010

          COUNT 1
11/02/2010 MOTION -  MOTION TO DISMISS FILED BY DEFENDANT ON 10/29/2010

          CT 2 OF THE INDICTMENT                    \
11/17/2010 Charge(s): 1,2
          HEARING -  DISPOSITIONAL CONFERENCE HELD ON 11/10/2010
          JOYCE A WHEELER , JUSTICE
          MOTION HEARING SET FOR 11-23-2010 @ 1:00
  17/2010 Charge(s): 1,2
          HEARING -  MOTION TO DISMISS SCHEDULED FOR 11/23/2010 @ 1:00 in Room No.  8

NOTICE TO PARTIES/COUNSEL

11/24/2010 Charge(s): 1,2
HEARING - MOTION TO DISMISS HELD ON 11/23/2010
ROLAND BEAUDOIN , JUDGE
Attorney: JOHN DEGRINNEY
DA: MEGIN ELAM
TAPE 2351

11/24/2010 ORDER - COURT ORDER FILED ON 11/23/2010
ROLAND BEAUDOIN , JUDGE
MOTION TO DISMISS CT 2 OF THE INDICTMENT ON DOUBLE JEOPARDY GROUNDS IS DENIED. ORDER
CONT..... SEE ORDER THE COURT WILL AWAIT A RESPONSE NO LATER THAN NOV 30, 2010 FROM THE
STATE BEFORE RULING ON DEFENDANT'S MOTION TO DISMISS CT 1 OF THE INDICTMENT

11/24/2010 MOTION - MOTION TO DISMISS DENIED ON 11/23/2010
ROLAND BEAUDOIN , JUDGE
COPY TO PARTIES/COUNSEL

11/29/2010 HEARING - RULE 11 HEARING SCHEDULED FOR 12/06/2010 @ 8:30 in Room No. 1

NOTICE TO PARTIES/COUNSEL                                              PER ATTY
REQUEST

11/29/2010 HEARING - RULE 11 HEARING NOTICE SENT ON 11/29/2010

11/29/2010 HEARING - RULE 11 HEARING NOT HELD ON 11/29/2010
TRICIA KELLEY , ASSISTANT CLERK-E
EVENT TAKEN OUT IN ERROR; RESET FOR SAME DATE, TIME, AND COURTROOM

11/29/2010 Charge(s): 1,2
TRIAL - JURY TRIAL NOT HELD ON 11/29/2010

11/29/2010 Charge(s): 1
FINDING - DIS BY DA/AG-PLED OTHER CHARGE ENTERED ON 11/29/2010

DA: LEA-ANNE SUTTON
BASED ON REVIEW OF CASE LAW; STATE WILL PROCEED ON CT 2 OF INDICTMENT OR WILL SUPERSEDE
BY PRESENTATION TO DEC 2010 GRAND JURY

11/29/2010 HEARING - RULE 11 HEARING SCHEDULED FOR 12/06/2010 @ 8:30 in Room No. 1

NOTICE TO PARTIES/COUNSEL                                              PER ATTY
REQUEST

12/01/2010 HEARING - RULE 11 HEARING NOT HELD ON 12/01/2010

12/06/2010 Charge(s): 2
TRIAL - JURY TRIAL SCHEDULED FOR 12/13/2010 @ 8:30 in Room No. 11

NOTICE TO PARTIES/COUNSEL

12/06/2010 Charge(s): 2
TRIAL - JURY TRIAL NOTICE SENT ON 12/06/2010
JUSTIN WESLEY , ASSISTANT CLERK-E

A TRUE COPY
ATTEST: _____
                        Clerk